AO 450 (Rev. 5/85) Judgment in a Civil Case ⊚

# United States District Court

WESTERN DISTRICT OF WASHINGTON

MICHELLE M. O'HARA

      v.

MICHAEL J. ASTRUE

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C08-5526-RBL-KLS

___   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_   **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

1.     The Court adopts the Report and Recommendation; and

2.     The administrative decision is AFFIRMED.


May 29, 2009                                            BRUCE RIFKIN
                                                                                                                 Clerk

                                                                                                     /s/ Jennie L. Patton
                                                                                                      Deputy Clerk